UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>AARON ERIC BAILEY, )<br>a/k/a Samuel Bailey, )<br>a/k/a Derrick Barrows, )<br>a/k/a Christopher Jones, )<br>Defendant. ) | 04 CR 10257 DPW<br><br>CRIMINAL NO.:<br><br>Count 1: 18 U.S.C. § 922(g)(1)<br>Possession of Firearm and<br>Ammunition by Felon |

## INDICTMENT

**COUNT ONE**: 18 U.S.C. § 922(g)(1) – Possession of Firearm and Ammunition by Felon

The Grand Jury charges that:

On or about June 15, 2004, at Boston, in the District of Massachusetts,

**AARON ERIC BAILEY,**

the defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm and ammunition, to wit: one 9mm Bryco Arms semi-automatic pistol, bearing serial number 1299056, and seven rounds of assorted 9mm ammunition.

All in violation of Title 18, United States Code, § 922(g)(1).

A TRUE BILL:

_____
FOREMAN OF THE GRAND JURY


_____
PAUL R. MOORE
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS ; August 25, 2004, at _____.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**         **Category No.** II          **Investigating Agency** ATF

City    Boston                **Related Case Information:**

County  Suffolk               Superseding Ind./ Inf. _____    Case No. _____
                              Same Defendant _____    New Defendant  x
                              Magistrate Judge Case Number _____
                              Search Warrant Case Number _____
                              R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   AARON ERIC BAILEY           Juvenile   ☐ Yes   ☒ No

Alias Name    Samuel Bailey; Derrick Barrows; Christopher Jones

Address    94 Sayer Street, #3, Dorchester, MA 02126

Birth date: 1979    SS#: 8942    Sex: M    Race: Black    Nationality: USA

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA    Paul R. Moore           Bar Number if applicable    632312

Interpreter:   ☐ Yes   ☒ No    List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes   ☒ No

☒ Warrant Requested         ☐ Regular Process         ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☒ Already in State Custody _____    ☐ Serving Sentence    ☒ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:    ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: August 25, 2004    Signature of AUSA: _____

✎JS 45  (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy

**Name of Defendant**    AARON ERIC BAILEY

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**District Court Case Number  (To be filled in by deputy** _____

**Name of Defendant**     <u>AARON ERIC BAILEY</u>

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js45 - felon in possession - Bailey.wpd - 3/13/02