AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA
V.
**AARON ERIC BAILEY**
DOB: 4/30/1979
SSN: 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

**WARRANT FOR ARREST**

CASE NUMBER: 04-_10257-DPW_

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____**AARON ERIC BAILEY**_____
<sub>Name</sub>

and bring him forthwith to the nearest magistrate to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with: (brief description of offense)

**Felon in Possession of a Firearm and Ammunition;**

in violation of Title __18__ United States Code, Section __922(g)(1).__

_Catherine M. Gawlik_
Name of Issuing Officer

_Catherine M. Gawlik_
Signature of Issuing Officer

_Supervisor_
Title of Issuing Officer

_8-25-04 Boston_
Date and Location

Bail fixed at $ _____

by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| WARRANT EXECUTED BY /HF |
| BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 9/10/04 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |