# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

      v.                    CRIMINAL NO. 2004-10247-JLT

AARON BAILEY,
        Defendant.

## ORDER RE: REQUESTED DETENTION HEARING

COLLINGS, U.S.M.J.

    The Court will schedule a Detention Hearing *after* Pre-Trial Services notifies the Court that the proposed Third Party Custodians (Irene Cotto, Sherry Bailey, Samuel Bailey) have come to the Pre-Trial Services Offices for interviews.

                                        /s/ *Robert B. Collings*
                                        ROBERT B. COLLINGS
October 15, 2004.                 United States Magistrate Judge