# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

      v.                      CRIMINAL NO. 2004-10257-MEL

AARON ERIC BAILEY,
      Defendant.

## *ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

    8/25/2004 - Indictment returned.

    9/10/2004 - Initial Appearance

    9/10 - 14/2004 - Filing to decision on Government's Motion for Detention.

    9/14/2004 - Arraignment

    9/15 - 10/12/2004 - Excluded as per L.R. 112.2(A)(2)

    9/28 - 10/15/2004 - Filing to ruling on Motion #11.

    11/3/2004 - Conference held.

Thus, as of November 3, 2004, SEVENTEEN (17) non-excludable days will have occurred leaving FIFTY-THREE(53) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

November 3, 2004.