# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

      v.                              CRIMINAL NO. 2004-10257-MEL

AARON ERIC BAILEY,
        Defendant.

## *REPORT AFTER INITIAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(A)*

COLLINGS, U.S.M.J.

An Initial Status Conference was held on November 3, 2004; counsel for the defendant was present.

The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

(1)    No.

(2)    The Government shall produce full and complete discovery pursuant to Rule 16(a)(1)(G), Fed. R. Crim. P. to counsel for defendant *not less than forty-five (45) working days before trial;* the defendant shall comply with his reciprocal obligations

    respecting discovery of experts pursuant to Rule 16 (b)(1)(C), Fed. R. Crim. P., *not less than twenty-one (21) working days before trial.*

(3)    No.

(4)    No non-discovery type motions will be filed.

(5)    *See* Order of Excludable Delay entered this date.

(6)    It is unknown whether a trial will be necessary; a trial would take five (5) trial days.

(7)    The Final Status Conference is set for **Tuesday, December 14, 2004 12 Noon.**

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

(1)    *See* ¶¶ (1)-(4), *supra*.

(2)    It does not.

(3)    None.

(4)    *See* Order of Excludable Delay entered this date.

(5)    Not applicable.

                                         */s/ Robert B. Collings*
                                         ROBERT B. COLLINGS
                                         United States Magistrate Judge

November 3, 2004.