UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 2004-10257-MEL |
| | ) | |
| AARON BAILEY | ) | |

MOTION FOR REVIEW BY THE DISTRICT COURT
OF THE MAGISTRATE JUDGE'S DETENTION ORDER

Defendant, Aaron Bailey, hereby moves, pursuant to 18 U.S.C. § 3145(b) for revocation of the detention order entered by Magistrate-Judge Collings on November 10, 2004. A copy of the order of detention and finding of probable cause is attached as Exhibit 1 (hereinafter "Memorandum"). The Magistrate-Judge's order states that the Government has proven by clear and convincing evidence that there are no conditions or combination of conditions which will reasonable assure the safety of persons in the community. Memorandum at 4. As grounds for this motion, defendant states that there are conditions short of detention that would reasonably assure the safety of the community.

Defendant requests that the Court revoke the detention order and set the following conditions of release: home confinement at all times, monitored by an electronic bracelet, except for court appearances, meetings with defense counsel and emergency medical treatment; reside at the home of Irene Cotto, the mother of Isabelle Cotto, the girlfriend of the defendant, who resides at 812 Parker Street, Apartment 1, Roxbury, MA. 02120; Irene Cotto will also serve as a third party custodian, a recognizance bond of $50,000 collateralized by $5,000 cash and any other

1

conditions established by the Court. The original motion filed specifying conditions of release is attached hereto as exhibit B along with pre-trial services report related to the interview of third party custodians Irene Cotto and the defendant's mother Sherry Bailey. Magistrate-Judge Robert B. Collings conducted a detention hearing on November 9, 2004. The defendant was ordered detained after a finding that no condition or combination of conditions will assure the safety of the community as required. Magistrate-Judge Collings, among other things, appears to rely on the combination of the defendant's extensive criminal record and the presumption that no combination of conditions will reasonably assure the safety of other persons and the community.

### Argument

The Magistrate-Judge Erred in Concluding that Defendant Should be Detained on the basis of no combination of conditions reasonably assuring the safety of the community.

This Court should revoke the detention order in light of the Magistrate-Judge's erroneous conclusion. United States v. Tortora, 922 F.2d 880, 882-83 n. 4 (1st Cir. 1990)(stating district court may review de novo magistrate-judge's detention order).

### Ties to the Community

Defendant, now 25, has lived in Massachusetts his whole life. The many years Mr. Bailey has lived in the community is a substantial factor in favor of release. See United States v. Townsend, 897 F.2d 989, 995 (9th Cir. 1990).

### Proposed conditions

Defendant submits that there are conditions that will reasonably assure the safety of the community and his appearance in court. These include home confinement with an electronic

2

monitor. In addition, defendant is also willing to submit to and abide by any other conditions set by the court.

### Conclusion

For all of these reasons, the Court should revoke the detention order and release defendant on the conditions set forth herein, or such other conditions as the Court deems appropriate.

Aaron Bailey
By his attorney,

Frank Fernandez
4 Longfellow Place Suite 3501-06
Boston, MA 02114
Tel: 617-393-0250

### CERTIFICATE OF SERVICE

I, Frank Fernandez, certify that a true copy of this document was served on Assistant U.S. Attorney Paul Moore by hand delivery on November 23, 2004.

Frank Fernandez