# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                    CRIMINAL NO. 2004-10257-MEL

AARON ERIC BAILEY,
        Defendant.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

12/14/2004 - Conference held.

12/15/2004 - 1/14/2005 - Continuance granted so that the defendant's counsel can attempt to reach a plea agreement with the Government. I find that the ends of justice served by granting the continuance outweigh the interest of the public and the defendants in a speedy trial.

Thus, as of January 14, 2005, FIFTY-SEVEN (57) non-excludable days have occurred leaving THIRTEEN (13) days left to commence trial so as to be

within the seventy-day period for trial set by statute.

December 14, 2005.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge