# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

      v.                      CRIMINAL NO. 2004-10257-MEL

AARON ERIC BAILEY,
           Defendant.

## ORDER AND RECOMMENDATION AFTER FINAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(C)

COLLINGS, U.S.M.J.

A Final Status Conference was held on December 14, 2004.

The within Order is prepared pursuant to Local Rule 116.5(D). Using the numeration of matters listed in Local Rule 116.5(C), I report as follows:

(1)    None.

(2)    No.

(3)    No.

(4)    The United States has requested notice of alibi; the defendant did not respond.

(5)    No non-discovery type motions (motions to dismiss, suppress, etc.) will be filed.

(6)    *An Initial Pretrial Conference should be set on JANUARY 14, 2005 or as soon thereafter as possible.  THE SPEEDY TRIAL ACT CLOCK WILL RECOMMENCE RUNNING ON JANUARY 15, 2005.*

(7)    The case will probably not have to be tried; trial will last about five days.

(8)    *See* Further Order of Excludable Delay entered this date.

(9)    Five days.

Using the numeration of matters listed in Local Rule 116.5(D), I report as follows:

(1)    Yes.

(2)    Yes; no reason for the case to remain with the magistrate judge.

(3)    *See* ¶ (5), *supra.*

(4)    *See* ¶ (8), *supra.*

(5)    Five days.

(6)    None.

I RECOMMEND that the Court set the case down for an Initial Pretrial Conference pursuant to Local Rule 117.1 *ON JANUARY 14, 2005 OR AS SOON AS POSSIBLE THEREAFTER.    THE SPEEDY TRIAL ACT CLOCK WILL*

*RECOMMENCE RUNNING ON JANUARY 15, 2005. ONLY THIRTEEN (13) NON-EXCLUDABLE DAYS REMAIN ON THE CLOCK.*.

THE FILE IS RETURNED TO THE CLERK'S OFFICE WITH INSTRUCTIONS TO BRING THE CASE TO THE IMMEDIATE ATTENTION OF THE COURTROOM DEPUTY CLERK ASSIGNED TO JUDGE LASKER'S SESSION.

The Clerk shall enter on the docket the fact that the case "is no longer referred to Magistrate Judge Collings."

/s/ Robert B. Collings

ROBERT B. COLLINGS
United States Magistrate Judge

December 14, 2004.