UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NO. 04-10257-DPW |
| v. ) | |
| ) | |
| AARON ERIC BAILEY, ) | |
| Defendant. ) | |
| ) | |

**JOINT FINAL STATUS CONFERENCE MEMORANDUM**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, and the defendant AARON ERIC BAILEY, by and through his counsel, Francisco J. Fernandez, Esq., jointly submit this memorandum pursuant to the order of this Court on November 3, 2004, that a Final Status Conference be held on December 14, 2004. The parties address herein the issues delineated in L.R. 116.5(A)(1)-(A)(7) to the extent that they have not been previously addressed by the Court pursuant to the Initial Status Conference filing of the parties and determination of this Court.

1. There is no need for additional relief from the otherwise applicable timing requirements imposed by L.R. 116.3.

2. The government has provided full discovery to the defense counsel and will continue to provide open file discovery if and when further evidence becomes available to the government. Having provided open file discovery, the government does not anticipate providing any further discovery (other than that required to be produced at least twenty-one days prior to trial pursuant to L.R. 116.2(B)(2)(a)-(g)), but allows that it might do so in response to specific defense requests.

UNITED STATES DISTRICT COURT
DIST. OF MASS
FILED IN OPEN COURT
DATE  12/14/04
_Noreen Russ_
Deputy Clerk

3. The parties currently anticipate a trial in this matter and would expect that trial to last approximately four (4) days.

4. Based upon the prior orders of the court, twenty-five (25) days will remain under the Speedy Trial Act in which this case must be tried.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ P. R. M.

Paul R. Moore
Assistant United States Attorney

AARON ERIC BAILEY
Defendant

By: 

Francisco J. Fernandez, Esq.
Counsel for Aaron Eric Bailey

DATE: December 14, 2004