UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 04-10257-DPW |
| AARON BAILEY | ) ) ) | |

## JOINT STATUS REPORT FOR PRE-TRIAL CONFERENCE

The parties submit this joint Status report for pre-trial conference pursuant to the scheduling notice for the conference.

1. The defendant hereby requests an additional forty five days to allow for probation to perform a pre-plea/sentence report limited at this time to the defendants criminal history and whether probation believes he qualifies as an Armed Career Criminal (ACC), which significantly impacts the defendant's potential sentence in this case. Both the Government and Defendant do not believe he qualifies as an Armed Career Criminal but due to the extensive nature of his criminal history and the extreme effect it may have the defendant is interested in Probation's assessment. The defendant will be in a much better position to report to the Court as to whether this will be resolved by a plea or trial and appropriate dates for either once probation has made their position clear as to his criminal history as viewed under the Armed Career Criminal Act.

2. The parties have discussed the possibility of an early resolution to the case. Although uncertain at this time, the parties expect a resolution prior to trial.

3. The parties hereby agree that the period requested should be excluded by order of this

–1–

Court pursuant to 18 U.S.C. § 3161(h)(8)(A).

4.     If required, the parties anticipate that trial should take no more than three trial days.


| Respectfully submitted, | Respectfully submitted, |
|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney,<br>By: | AARON BAILEY<br>By His Attorney, |
| /S/ Paul Moore (by F. Fernandez)<br>Paul Moore<br>Assistant U.S. Attorney<br>(617)748-3100 | /S/ Frank Fernandez<br>Francisco Fernandez<br>Attorney for Aaron Bailey<br>(617)393-0250 |

DATE: January 11, 2005