UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 04-10257-DPW |
| AARON ERIC BAILEY,<br>          Defendant. | ) ) ) | |

## JOINT STATUS REPORT FOR PRE-TRIAL CONFERENCE

1. The parties request that a trial date not be established until the defendant has had the opportunity to examine a pre-plea Pre-Sentence Report, which is considered likely to lead to the resolution of this matter short of trial.

2. The defendant does not currently anticipate filing a motion to suppress and, therefore, does not currently seek a suppression hearing date.

3. The case is likely to be resolved short of trial, but is unlikely to be resolved (short of trial) prior to the defendant having first had the opportunity to examine a pre-plea Pre-Sentence Report. A date for a Rule 11 Hearing should be established within a four-week period of time following the issuance of the pre-plea Pre-Sentence Report.

4. An interpreter is not requested.

5. The defendant is in custody.

6. The defendant is not a fugitive.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney<br>By: | AARON ERIC BAILEY<br>Defendant<br>By: |
| /s/ Paul R. Moore<br>Paul R. Moore<br>Assistant U.S. Attorney | /s/ Frank Fernandez<br>Francisco Fernandez<br>Counsel for the Defendant |

DATE:         January 13, 2005