UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 19 P 4: 14

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO. 04-10257-DPW |
| | ) |
| AARON ERIC BAILEY, | ) |
| Defendant. | ) |
| | ) |

## GOVERNMENT'S STATEMENT OF RELEVANT FACTS

If this matter should proceed to trial, the government anticipates that it will prove the following facts beyond a reasonable doubt:

On June 15, 2004, at approximately 11:21 a.m., two uniformed Boston Police Officers on patrol (in a marked police cruiser) on Bowdoin Street responded to a radio call reporting a man with a gun walking past Cameron Street towards Bowdoin Street. The caller (who had provided the information to the police dispatcher) described the man with relative precision (black male with braids, mid-20's in age, a black t-shirt with a long-sleeved white t-shirt beneath, black jeans, black boots, with a mustache and some facial hair on his chin). The caller further reported that the gun was located in the man's right waist area.

In response to the information provided by the caller, the officers immediately began a search for the man, as described by the caller. At nearly the same time, the officers observed an individual who matched - precisely - the description given by the caller to the dispatcher. That individual was also walking from Cameron Street to Bowdoin Street, as the caller had reported.

The officers pulled their cruiser to the side of the street, exited the vehicle, and approached the subject, later identified as the Defendant. One officer asked the suspect if he

could talk to him. Both officers then observed the suspect reach down with his right hand to his waist area "as if to hold something," then take hurried steps which became a run in a direction opposite the officers. Both officers then pursued the Defendant on foot. During the chase, one officer observed the Defendant reach into his waistband and pull out a silver-colored handgun with his right hand. The Defendant then threw the handgun (later determined to be a Bryco Arms 9MM semi-automatic pistol bearing serial number 1299056 and manufactured in California) over a fence on the side of an off-white colored house at the corner of Trent and Coleman streets. The officer who witnessed this act immediately radioed the location of the firearm to other officers, who then followed and secured the firearm at the place the officer reported that it had been thrown.

Within another two blocks, the Defendant (who then forcibly resisted arrest, causing both he and one of the officers to fall through a wooden gate) was subdued and arrested by the police.

Examination of the recovered firearm revealed not only that it had been manufactured in California (outside of the District of Massachusetts), but that it also contained seven (7) rounds of ammunition (each of which rounds was also manufactured outside of the District of Massachusetts).

At the time of this interaction with the police, the defendant was a felon and was, therefore a person who could not then lawfully possess a firearm and ammunition, according to federal law.

Respectfully submitted,<br>
MICHAEL J. SULLIVAN<br>
United States Attorney

By:   /s/ Paul R. Moore
      Paul R. Moore
      Assistant United States Attorney

DATE: January 19, 2005

## CERTIFICATE OF SERVICE

Suffolk, S.S.                                    Boston, Massachusetts
                                                 January 19, 2005

    I, Paul R. Moore, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by facsimile upon attorney for defendant Aaron Eric Bailey, Francisco J. Fernandez, Esq., on this 19th day of January, 2005.

                                            /s/ Paul R. Moore
                                            Paul R. Moore
                                            Assistant U.S. Attorney