UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 04-10257-DPW |
| AARON BAILEY | ) ) | |

## MOTION TO WITHDRAW AS COUNSEL

Your undersigned, Francisco Fernandez, respectfully move this Honorable Court to permit him to withdraw as counsel for Aaron Bailey in the above-numbered matter, and for reasons therefore states that:

1. Mr. Bailey has requested Counsel remove himself from the case citing his perception that Counsel does not have his best interest in mind, as well as serious and substantial differences which has lead to a complete breakdown in trust and communication as to how to proceed in this matter;

2. Your undersigned believes these allegations and breakdown in communication are of a type which cannot be overcome and render it impossible to continue to effectively represent Mr. Bailey.

Dated: February 8, 2005                                        Respectfully submitted,

```
                                                               /S/ Frank Fernandez
```
Francisco Fernandez
Denner O'Malley, LLP
Four Longfellow Place, 35th Floor
Boston, MA  02114
Tel. (617) 227-2800
Fax (617) 973-1562

## **CERTIFICATE OF SERVICE**

  I, Frank Fernandez, hereby certify that on this 8th day of February, 2005, I served by first-class mail, a true and exact copy of the foregoing Motion to Withdraw upon counsel for the Government, Paul Moore, United States Attorney's Office, and to the Defendant, Aaron Bailey via first-class mail.

                 /S/ Frank Fernandez
                 Frank Fernandez