2-8-05

Dear Mr. Woodlock,

My Name is Aaron Bailey I'm Currently being housed at Plymouth County House of Corrections. I am writing you in regards to a P.S.I. Hearing I attended on the date of 1/28/05 I seen a P.S.I. officer by the Name of ~~Shawn~~ Sean Buckley during this hearing my lawyer Francisco J. Fernandez, Esq. Was present for about 5-7 minutes he spoke to me first stating that you granted me to do a pre-P.S.I. report before any actions on trial or plea or anything of the sort took place because I wasnt understanding a lot of stuff he was quickly always explaining to me never in full. Never recieving any type of paper work on anything Never recieving my tapes revolving my Case that was promised to be sent to me numerous amounts of times. My family calls on a regular basis to keep asking and checking up on certain things with him. And a majority of the time I'm told something different from what there told or there told something different from what I've been told. So he introduced me to the pre-trial officer and stated to me not to mention nothing about my case or nothing about my case would be mentioned to me and explained that he would be asking me a series of questions about how I grew up, my family back ground basically my life history. then I noticed once he said that the pretrial officer stated "oh I'm sorry I thought this was for a plea or enter of guilty, I have to go switch this last paper". Which before that I had all the other papers on the opposite cause its a glass between us. then as he came back my lawyer stated he was leaving for a minute and will be

back shortly. So me and the pretrial officer went over all the information regarding my past History of my life and about all the Drugs I've used since 14. then After all that I had a little packet that had all questions about if I owned stuff, or had any stocks, all stuff to the affect to that and after I looked over them he said sign my name at the bottom of it on every piece of paper. then the pretrial guy asked me if I had any questions for him then thats when my lawyer came back in for a quick second saying Aaron I have to go if you have any questions call me. And I was Wondering in my head why every time I have a meeting or talking to someone else he always talks fast and say he has to leave before I'm ever finished with the people I'm seeing. So after he left I asked the Pre-trial officer a few questions just to make sure I understood what was going on And he once again told me that I was there for purposes of my lawyer requesting from you that I have this done first to understand better in writing everything. then he said oh yeah I need you to sign this last paper but you have to sign it fast before the Marshall shuts the door when he hands you the paper I seen 2 or 3 papers on his side and I asked to see it and it was mother part about income then he brought it to the Marshall and when it came to my side I signed it before the Marshall closed the door and they left me in there for about 20 minutes then I started thinking to my self why was he trying to get me to rush and sign the last piece of paper like that and from that Moment on I have been feeling real uncomfortable so →

I called my family and explained it to them my fiance and my mother and gave them the pre-trial officers name and number on friday January 28th and my fiance and mother called him Monday January 31st and he told them he didnt want to speak over the phone and asked if they can come the following Monday together which was febuary 7th "05" and asked them where will I be staying and that he would like to come check out the house and talk to them. I talked to my mother and fiance yesterday which was Monday febuary 7th the date he gave them to meet him at the court house he talked to them for a little while then my mother and fiance said he told them that I signed a paper and pleaded Guilty and my mother and fiance said thats not true I speak to them at least once or twice a week and he would've informed us, which Mr. Woodlock I never pleaded Guilty to anything and now I think about it the only way he could've had my name on any type of paper for something like that is when he told me to hurry up and sign the paper he switched the paper he showed me and sent another paper over. I have called my lawyer today Mr. Fransico Fernandez which today's date is 2/8/05 I called him at exactly 1:30 p.m. and told him what's going on with all this and this is misrepesation on his part he said he already talked to the pre-trial officer today cause my fiance called early this morning and he said that the pre-trial officer said it was a mistake but Mr. Woodlock when I asked for proof or copys of everything I've signed he said trust him but it wasn't his mistake. I would like to get brought into court on this matter to make sure or receive a letter back from you or someone else because right now I feel I can't trust either one of them →

I would appreciate your honor if you could find out and give me a response or I've asked for copy's of everything I've signed for the pre-trial officer, My family called the Bar of association, I've wrote numerous people I would appreciate if you can get back to me as soon as possible regarding this situation My lawyer never informed me or my family of what I was going into Court for that day Until they woke me up and said I have Court, then When I got there he said he's sorry it happened all we got Your hear to get a pre P.S.I. Mr. Woodlock I need to know where I'm at regarding this situation only person I feel I can speak to next is you and inmate legal regarding this situation. I appreciate you Very Much taking Your time to read this letter Mr. Woodlock and I Will be expecting hopefully to hear from you I made copy's of everything in case this doesn't reach you.

sincerly
Aaron Bailey