UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) ) | Criminal No. 04-10257-DPW |
| AARON BAILEY | ) | |

## MOTION TO WITHDRAW PREVIOUSLY FILED-
## MOTION TO WITHDRAW AS COUNSEL

Your undersigned, Francisco Fernandez, respectfully moves this Honorable Court to permit him to withdraw his previously filed motion to withdraw as counsel for Aaron Bailey in the above-numbered matter, and for reasons therefore states that:

1. Mr. Bailey has now requested Counsel remain on as his attorney on the above matter;

2. Your undersigned believes that he can remain as Mr. Bailey's attorney, the breakdown in communication appears to have been mostly miscommunication which has since been clarified between counsel and Mr. Bailey.

3. Both undersigned counsel and Mr. Bailey believe they can now communicate freely and believe it is best to continue forward with counsel's representation of Mr. Bailey.

Dated: March 4, 2005                               Respectfully submitted,

```
                                                   /S/ Frank Fernandez
                                                   Francisco Fernandez
                                                   Denner O'Malley, LLP
                                                   Four Longfellow Place, 35th Floor
                                                   Boston, MA  02114
                                                   Tel. (617) 227-2800
                                                   Fax (617) 973-1562
```

**CERTIFICATE OF SERVICE**

    I, Frank Fernandez, hereby certify that on this 4th day of March, 2005, I served by first-class mail, a true and exact copy of the foregoing Motion to Withdraw upon counsel for the Government, Paul Moore, United States Attorney's Office, and to the Defendant, Aaron Bailey via first-class mail.

                                                        /S/ Frank Fernandez
                                                        Frank Fernandez

Case 1:04-cr-10257-DPW     Document 28     Filed 03/04/2005     Page 2 of 2