2-28-05

Dear Mr. Woodlock

I am writing you in regards of a letter I sent you a few weeks back on a request for a new lawyer. Me and Mr. Frank Fernandez have settled our differences it was brought to my attention that what was told to my family about me already pleading guilty was a mistake by the P.S.I officer. I was totally upset and felt that I was being railroaded. But since then I have spoken to my lawyer about the situation, and recieved a letter explaining things a little better regarding the mistake, and my family has called & spoken to the P.S.I officer and he also explained that it was a mistake. I would appreciate to still have Mr. Fernandez as my attorney. Also I appreciate you taking your time to review this matter. Thank You!

sincerely,
Jason Bailey