UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) ) | Criminal No. 04-10257-DPW |
| AARON BAILEY | ) | |

## ASSENTED-TO MOTION TO CONTINUE
## PLEA AND SENTENCING

Plea and Sentencing are currently scheduled for March 31, 2005. This is a matter in which a pre-plea/sentence report has been prepared. This assented to request to continue both the plea and sentencing is being made for the following reasons:

1. Defense Counsel has recently repaired a breakdown in communication with the defendant and needs more time to discuss options and potential consequences with the defendant.

2. If the Court were to consider a continuance the defense would prefer to have a plea date with the sentencing being scheduled for another date however short.

If the Court were to consider a continuance, it is requested it be for a 30-45 day period. Mr. Moore from the U.S. Attorney's Office assents to this request.

Dated: March 24, 2005

Respectfully Requested,

/S/ Frank Fernandez
Frank J. Fernandez, BBO #653771
Denner O'Malley, LLP
Four Longfellow Place, 35th Floor
Boston, MA  02114
Tel. (617) 227-2800

**CERTIFICATE OF SERVICE**

 I hereby certify that a true and exact copy of the foregoing document was served this 24t$^h$ day of March, 2004, via electronic delivery to AUSA Paul Moore at the U.S. Attorney's Office and U.S.P.O. Sean Buckley.

                /S/Frank Fernandez
                Frank Fernandez