UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-10257-DPW |
| | ) | |
| AARON BAILEY | ) | |

## ASSENTED-TO MOTION TO CONTINUE
## PLEA AND SENTENCING

Plea and Sentencing are currently scheduled for May 13, 2005.  This is a matter in which

a pre-plea/sentence report has been prepared.  This assented to request to continue both the plea

and sentencing is being made for the following reasons:

1. The defendant would like a little more time, thirty days, to confer with his attorney and

decide whether to plead guilty or request a trial.

If the Court were to consider a continuance, it is requested it be for a 30-45 day period.

Mr. Moore from the U.S. Attorney's Office assents to this request.


Dated:  May 10, 2005

Respectfully Requested,

/S/ Frank Fernandez
Frank J. Fernandez, BBO #653771
Denner O'Malley, LLP
Four Longfellow Place, 35th Floor
Boston, MA  02114
Tel. (617) 227-2800

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing document was served this 10th day of May, 2005, via electronic delivery to AUSA Paul Moore at the U.S. Attorney's Office and U.S.P.O. Sean Buckley.

/S/Frank Fernandez
Frank Fernandez