Dear Judge Woodlock,                                   Aug 7, 05

I would appreciate it if I can have a few moments of your time to give you a closer insight of my life and some of the things I've been through without taking time from the Court Room. Your Honor I've had my share of problems just like anyone else had. I grew up in Dorchester with 2 parents in the household a brother who's older (31yrs old) and a little sister (21yrs old) who's currently in Umass Amherst. I have a 7yr old daughter name Teasia which her mother and I seperated in "99" due to her falsely accusing me of a altercation which led to my arrest in "99" for assault & battery in which I have signed statements a affadavit telling blatently how she lied and coused my arrest in which the commeenwealth picked the case up when she didnt show up in which I copt out to 18 mths suspended because my lawyer informed me if I loose trial it would be 2½ yrs and that sounded like a long time so I plead guilty which I wish I didnt, so after that I seperated myself from her and further problems. But I still took care of my responsibility which was my daughter and I still do to this day and am fortunate enough to see her a few times on visits, I still was fortunate to keep a job also. but before and during all this your Honor the Drug addiction took off and it progressed kind of bad and during my time your Honor I had a few driving w/ suspended licences which on my P.S.I. they gave me quite a few points for also. Your Honor during my time of growing up in Dorchester I've went through alot of scary things such as I've been shot in "96" and still til this day I have no clue by who or what for; I've been stabbed over a gold chain I've saved my money for just to be stabbed for it in the leg and head, I've been hit by a car in "95" and broke my legs pretty bad and had to have surgery, I also suffer from serious seizures and headaches still til this day I had one in plymouth During my incarceration I'm currently take Dilantin to slow my seizures down →

it doesn't prevent them but it helps from having them so frequent. Your Honor I also have to be a Man and also admit to you that I did posses a firearm but never have and never used it in a threatening Manner or shot anybody only for my personal protection which is don't get me wrong your Honor no excuse, I felt that My life Was in Danger in that Area I've looked death in the face Numerous Amounts of times Cause of all the things I've been through and was very scared of Death and I possed it only for protection Never with the intent to harm or cause or inflict any pain on the next man your Honor. The Day this whole Case Came about Your Honor Me and My wife Just left from my mother's home off of Bowdoin st on the Way to get some stuff from the store to Make Breakfast about 10:05 A.M. on a nice day not looking for any trouble or Out to Cause any trouble Just trying to get to our Destination and back home safe. the Police Pulled Up stopped drew they Weapons and Told me to stop right there. Yes Your Honor I ran I panicked I know how police act When they find a gun on a person sometimes and I was trying to prevent that and going to jail that's the most Worst feeling in the World Especially I thought I was doing good not hanging out just going to get breakfast With my wife and go home that's all. Her Your Honor and My Mother are the 2 most strongest structure's in my life besides my daughter and my stepson they been here for Me throughout My whole Incarceration day in day out. My Wife Just Moved out of Dorchester which I feel was the Most greatest thing that could've happened she managed to save up enough money to Move to a much more safer and quieter environment I feel safer and knowing she made it out of there. I have 2 yrs. clean no alcohol, tobacco, marijuana, cocaine. I feel the Healthiest I've ever felt in 10 yrs. I have a year clean on the street also your Honor, they Don't have a Drug Program Here but I would like to Continue on seeking help with my addictions. With all Do respect your honor I don't want to take Up anymore of your time I Just Wanted to give u a insight of my life without taking up the Courts Time. Sincerely Aaron Burks