To: Judge Woodlock,    Aug. 31, 2005

How are you doing? Let me introduce myself my name is Isabel Bailey. I am married to Aaron Bailey. I have known Aaron since 1997 so about 8 years but we have been a couple since 2003. I'm writing you this letter to let you know a little about Aaron. Mr. Bailey is a good man. He has a 7 year old daughter & he is a very good father to her. I have a 5 year old son and he is not his biological father but Aaron as been raising him with me. My son calls him daddy. For a man to raise a child that is not even his takes a lot of guts & love. That is what made me fall in love with him. Of course before Mr. Bailey became my husband he was a friend. The type of friend to sit down with you and listen when you have a problem, then he gives you advice or just listens. I do not want you to think that I'm writing you this because he is my husband before he was my husband he was my friend. I just want you to know that Mr. Bailey is a good man. As man that takes very good care of his family. My sister passed away last year April 2004. Mr. Bailey

was there for me and helped me through my hard times. Aaron is going through a hard time now because he is in jail and away from his loved ones. I do my best and read him the bible & tell him that God is going to make things right. Judge Woodlock Aaron is a very good man and I mean that

yours truly
Isabel Bailey