# AFFIDAVIT OF TANYA LEARY

I, Tanya Leary, hereby state and depose the following:

1. Aaron Bailey never struck me.

2. I never asked the police to pursue the case.

3. I have never been in fear of Aaron Bailey.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

3/21/05
Date

Tanya Leary
Tanya Leary