UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-10257-DPW |
| | ) | |
| AARON BAILEY | ) | |

## NOTICE OF APPEAL

    Now comes the Defendant, Aaron Bailey, and hereby notifies the Court of his appeal of the Courts findings and rulings pertaining to this action including but not limited to issues arising from the Rule 11 hearing and sentence.  Defendant was sentenced on September 23, 2005.

Dated: October 1, 2005        Respectfully Submitted,
                                    Aaron Bailey
                                    By his Attorney,

                                    /S/ *Frank Fernandez*
                                    Francisco Fernandez
                                    DENNER O'Malley LLP, 35th Floor
                                    Four Longfellow Place
                                    Boston MA 02114
                                    617-227-2800

**CERTIFICATE OF SERVICE**

    I Frank Fernandez., Esq. hereby certify that I have served a copy of the within Notice of Appeal upon Paul Moore of the United States Attorney's Office by mail on October 1, 2005.

                                         /S/ *Frank Fernandez*
                                         Francisco J. Fernandez