## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cr-10257

United States of America

v.

Aaron Bailey

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 10/01/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on October 18, 2005.

Sarah A Thornton, Clerk of Court

By: *[signature]*
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 10/19/05.

*[signature]*
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:04-cr-10257-DPW-ALL

| | |
|---|---|
| Case title: USA v. Bailey | Date Filed: 08/25/2004 |

Assigned to: Judge Douglas P. Woodlock

**Defendant**

**Aaron Eric Bailey** (1)
*TERMINATED: 09/23/2005*
*also known as*
Derrick Barrows (1)
*TERMINATED: 09/23/2005*
*also known as*
Samuel Bailey (1)
*TERMINATED: 09/23/2005*
*also known as*
Christopher Jones (1)
*TERMINATED: 09/23/2005*

represented by **Francisco Javier Fernandez**
Frank Fernandez Esq.
4 Longfellow Place
Staniford St.
Suite 3501-06
Boston, MA 02114
617-393-0250
Fax: 617-973-1562
Email: frankfernandez@usa.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

**Pending Counts**

18:922(g)(1) Possession of Firearm and Ammunition by Felon
(1)

**Disposition**

Defendant sentenced to 52 months incarceration with credit for time served from 6/15/04 to 9/23/05; 3 years supervised release with standard and special conditions; $100 special assessment.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

**Disposition**

None

**Plaintiff**

USA           represented by **Paul R. Moore**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3700
Fax: 617-748-3951
Email: paul.moore@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/25/2004 | 1 | INDICTMENT as to Aaron Eric Bailey (1) count(s) 1. (Gawlik, Cathy) (Entered: 08/25/2004) |
| 08/25/2004 | | Arrest Warrant Issued as to Aaron Eric Bailey. (Gawlik, Cathy) (Entered: 08/25/2004) |
| 08/25/2004 | 2 | Judge Douglas P. Woodlock : ORDER entered ORDER REFERRING CASE to Magistrate Judge Robert B. Collings Reason for referral: pretrial proceedings as to Aaron Eric Bailey (Gawlik, Cathy) (Entered: 08/25/2004) |
| 09/10/2004 | | Attorney update in case as to Aaron Eric Bailey. Attorney Francisco Javier Fernandez for Aaron Eric Bailey added. (Quinn, Thomas) (Entered: 09/13/2004) |
| 09/10/2004 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Initial Appearance as to Aaron Eric Bailey held on 9/10/2004; AUSA Moore and Attorney Fernandez for dft; dft. request court appointed; USMJ Dein appoints counsel; Govt. moves for detention and continuance; USMJ Dein orders the dft. to temporary detention pending hearing on 9/14/04 @ 3:15pm. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 09/13/2004) |
| 09/10/2004 | 3 | CJA 23 Financial Affidavit by Aaron Eric Bailey (Russo, Noreen) Modified on 9/27/2004 (Hurley, Virginia). NOTE: This is a duplicate of #8. (Entered: 09/13/2004) |
| 09/10/2004 | 8 | CJA 23 Financial Affidavit by Aaron Eric Bailey. (Rynne, Michelle) (Entered: 09/21/2004) |
| 09/13/2004 | 4 | Magistrate Judge Judith G. Dein: ORDER entered CJA 20 as to Aaron Eric Bailey : Appointment of Attorney Francisco Javier Fernandez for |

| | | |
|---|---|---|
| | | Aaron Eric Bailey. (Russo, Noreen) Modified on 9/23/2004 (Russo, Noreen). (Entered: 09/13/2004) |
| 09/14/2004 | 5 | Judge Judith G. Dein : ORDER entered INITIAL SCHEDULING ORDER as to Aaron Eric Bailey. (Dambrosio, Jolyne) (Entered: 09/15/2004) |
| 09/14/2004 | 6 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Aaron Eric Bailey. Time excluded from 9/14/04 until 10/12/04. (Dambrosio, Jolyne) (Entered: 09/15/2004) |
| 09/14/2004 | 7 | Judge Judith G. Dein : ORDER entered MEMORANDUM AND ORDER OF DETENTION as to Aaron Eric Bailey. (Dambrosio, Jolyne) (Entered: 09/15/2004) |
| 09/14/2004 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Arraignment as to Aaron Eric Bailey (1) Count 1 held on 9/14/2004; AUSA Moore and Attorney Fernandez for the dft. Dft pleads not guilty and will proceed with automatic discovery; 1st status conference will be set by USMJ Collings; Dft. consents to voluntary order of detention. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 09/16/2004) |
| 09/17/2004 | 9 | Arrest Warrant Returned Executed on 9/10/04 as to Aaron Eric Bailey. (Rynne, Michelle) (Entered: 09/22/2004) |
| 09/23/2004 | | Electronic Notice of correction to docket made by Court staff. Correction: Judge changed on Docket Entry Number 4. (Russo, Noreen) (Entered: 09/23/2004) |
| 09/23/2004 | | Electronic NOTICE OF HEARING as to Aaron Eric Bailey. Initial Status Conference set for 11/3/2004 at 11:00 AM in Courtroom 14 before Magistrate Judge Robert B. Collings. (Russo, Noreen) (Entered: 09/23/2004) |
| 09/28/2004 | 10 | MOTION for Hearing *regarding detention and proposed conditions of release* as to Aaron Eric Bailey. (Fernandez, Francisco) (Entered: 09/28/2004) |
| 10/15/2004 | 11 | Magistrate Judge Robert B. Collings : ORDER entered denying 10 Motion for Detention Hearing as to Aaron Eric Bailey (1). The Court will schedule a Detention Hearing after Pre-Trial Services notifies the Court that the proposed Third Party Custodians have come to the Pre-Trial Services Offices for interviews. (Russo, Noreen) (Entered: 10/18/2004) |
| 11/03/2004 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Robert B. Collings :Initial Status Conference as to Aaron Eric Bailey held on 11/3/2004. Paul Moore for Gov't and F. Fernandez for Mr. Bailey. Court inquires as to Detention Hearing. Mr. Fernandez notes that parties are being interviewed by Pretrial 11/3/04. Detention hearing set down for Tuesday, November 9, 2004 at 2:30 PM. Final Status Conf. set down for December 14, 2004 at 12:00 PM. (Digital Recording) (Russo, Noreen) (Entered: 11/03/2004) |

| | | |
|---|---|---|
| 11/03/2004 | 12 | Magistrate Judge Robert B. Collings : ORDER entered ORDER FOR FINAL STATUS CONFERENCE (L.R. 116.5(c)) as to Aaron Eric Bailey. (Russo, Noreen) (Entered: 11/03/2004) |
| 11/03/2004 | 13 | Magistrate Judge Robert B. Collings : ORDER entered ORDER ON EXCLUDABLE DELAY as to Aaron Eric Bailey Time excluded from 8/25/2004 until 8/25/2004. Time excluded from 9/10/2004 until 9/10/2004. Time excluded from 9/10/2004 until 9/14/2004. Time excluded from 9/14/2004 until 9/14/2004. Time excluded from 9/15/2004 until 10/12/2004. Time excluded from 9/28/2004 until 10/15/2004. Time excluded from 11/3/2004 until 11/3/2004.Thus as of November 3, 2004, Seventeen (17) non-excludable days will have occured leaving Fifty-three (53) days left to commence trial so as to be within the seventy-day period for trial set by statute. (Russo, Noreen) (Entered: 11/03/2004) |
| 11/03/2004 | 14 | Magistrate Judge Robert B. Collings : ORDER entered REPORT AFTER Initial Status Conference Pursuant to Local Rule 116.5(A) as to Aaron Eric Bailey. Final Status Conference set for 12/14/2004 @ 12:00 PM in Courtroom 14 before Robert B. Collings. (Russo, Noreen) (Entered: 11/03/2004) |
| 11/09/2004 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Robert B. Collings :Detention Hearing as to Aaron Eric Bailey held on 11/9/2004. Paul Moore for Gov't, F. Fernandez for Def't, and B. Cronin for Pre-Trial. Gov't does not produce any additional evidence at this hearing. Witness 1: Possible 3P custodian Mrs. Cojo. Gov't argues for detention, Mr. Fernandez argues for release to electronic bracelet. Court rules to detain Mr. Bailey. (Digital Recording) (Russo, Noreen) (Entered: 11/10/2004) |
| 11/10/2004 | 15 | Magistrate Judge Robert B. Collings : ORDER entered MEMORANDUM AND ORDER OF DETENTION PURSUANT TO 18 U.S.C. s. 3142(e) as to Aaron Eric Bailey. (Russo, Noreen) (Entered: 11/12/2004) |
| 11/30/2004 | 16 | MOTION for Review by the District Court re 15 Order of Detention as to Aaron Eric Bailey . (Howarth, George) (Entered: 11/30/2004) |
| 12/14/2004 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Robert B. Collings :Final Status Conference as to Aaron Eric Bailey held on 12/14/2004. Paul Moore for Gov't, F. Fernandez for Def't. Def'ts attorney Fernandez requests more time 30 days. Court will ask District Judge to schedual first pretrial after January 18, 2005. (Digital Recording) (Russo, Noreen) (Entered: 12/14/2004) |
| 12/14/2004 | 17 | Magistrate Judge Robert B. Collings : ORDER entered FURTHER ORDER ON EXCLUDABLE DELAY as to Aaron Eric Bailey. Time excluded from 12/14/2004 until 12/14/2004. Time excluded from 12/15/2004 until 1/14/2005. Thus, as of January 14, 2005, FIFTY-SEVEN (57) non-excludable days have occurred leaving THIRTEEN (13) days left to commence trial so as to be within the seventy-day period for trial set by statute. (Russo, Noreen) (Entered: 12/15/2004) |

| | | |
|---|---|---|
| 12/14/2004 | 18 | Magistrate Judge Robert B. Collings : ORDER entered ORDER AND RECOMMENDATION AFTER FINAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(C)as to Aaron Eric Bailey. (Russo, Noreen) (Entered: 12/15/2004) |
| 12/14/2004 | 19 | Joint Final STATUS Conference Memorandum by USA, Aaron Eric Bailey as to Aaron Eric Bailey (Nici, Richard) (Entered: 12/15/2004) |
| 12/15/2004 |  | Case as to Aaron Eric Bailey no longer referred to Magistrate Judge Robert B. Collings. (Russo, Noreen) (Entered: 12/15/2004) |
| 12/23/2004 | 20 | NOTICE OF HEARING as to Aaron Eric Bailey Pretrial Conference set for 1/13/2005 03:00 PM in Courtroom 1 before Judge Douglas P. Woodlock. Status report due 1/11/05.(Rynne, Michelle) (Entered: 12/23/2004) |
| 01/11/2005 | 21 | MOTION for Hearing *pre-trial status report* as to Aaron Eric Bailey. (Fernandez, Francisco) (Entered: 01/11/2005) |
| 01/13/2005 |  | Motions terminated as to Aaron Eric Bailey: 21 MOTION for Hearing *pre-trial status report* filed by Aaron Eric Bailey. Status report erroneously filed as motion. (Rynne, Michelle) (Entered: 01/13/2005) |
| 01/13/2005 | 22 | Memorandum regarding Status Report as to Aaron Eric Bailey (Moore, Paul) (Entered: 01/13/2005) |
| 01/13/2005 |  | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock :Pretrial Conference as to Aaron Eric Bailey held on 1/13/2005. re: MOTION for Review by the District Court of 15 Order of Detention - after de novo review, defendant to remain detained. Pre-plea Presentence report shall be prepared. Change of plea and sentencing set for 3/31/05 at 2:30; time from 1/13/05 to 3/31/05 excluded in the interest of justice. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 01/14/2005) |
| 01/13/2005 |  | Motions terminated as to Aaron Eric Bailey: 16 MOTION for Reconsideration re 15 Order of Detention filed by Aaron Eric Bailey,. See clerk note for hearing this date. (Rynne, Michelle) (Entered: 01/14/2005) |
| 01/14/2005 | 23 | Judge Douglas P. Woodlock : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Aaron Eric Bailey Plea and Sentence set for 3/31/2005 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 01/14/2005) |
| 01/19/2005 | 24 | Government's STATEMENT OF Relevant Facts by USA as to Aaron Eric Bailey (Nici, Richard) (Entered: 01/26/2005) |
| 02/09/2005 | 25 | MOTION to Withdraw as Attorney by Francisco Fernandez. as to Aaron Eric Bailey. (Fernandez, Francisco) (Entered: 02/09/2005) |
| 02/10/2005 | 26 | Letter (non-motion) regarding request for documents as to Aaron Eric Bailey (Nici, Richard) (Entered: 02/14/2005) |

| | | |
|---|---|---|
| 02/14/2005 | 27 | Response as to Aaron Eric Bailey: 26 Letter (non-motion). (Moore, Paul) (Entered: 02/14/2005) |
| 03/02/2005 | 29 | Letter (non-motion) regarding a prior letter requesting another attorney as to Aaron Eric Bailey (Nici, Richard) (Entered: 03/10/2005) |
| 03/04/2005 | 28 | WITHDRAWAL of Motion by Aaron Eric Bailey (Fernandez, Francisco) (Entered: 03/04/2005) |
| 03/24/2005 | 30 | Assented to MOTION to Continue *Plea and Sentencing* as to Aaron Eric Bailey. (Fernandez, Francisco) (Entered: 03/24/2005) |
| 03/25/2005 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 30 Motion to Continue as to Aaron Eric Bailey (1): Plea and Sentencing rescheduled to 4/29/05 at 10:00 am. (Rynne, Michelle) (Entered: 03/25/2005) |
| 03/25/2005 | | NOTICE OF HEARING as to Aaron Eric Bailey Plea and Sentence reset for 4/29/2005 10:00 AM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 03/25/2005) |
| 03/28/2005 | | NOTICE OF RESCHEDULING as to Aaron Eric Bailey: Plea and Sentence reset for 5/13/2005 03:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 03/28/2005) |
| 05/10/2005 | 31 | MOTION to Continue *Plea and Sentence* as to Aaron Eric Bailey. (Fernandez, Francisco) (Entered: 05/10/2005) |
| 05/11/2005 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 31 Motion to Continue as to Aaron Eric Bailey (1) Plea and Sentencing reset to 7/15/05 at 2:30 p.m. (Rynne, Michelle) (Entered: 05/11/2005) |
| 05/11/2005 | | Set/Reset Hearings as to Aaron Eric Bailey: Plea and Sentence reset for 7/15/2005 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 05/11/2005) |
| 07/15/2005 | | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock : Defendant is not prepared to plea at this time, requests a continuance; Court sets change of plea hearing for 8/2/05 at 11:00 am. A sentencing hearing will be scheduled at that time. If defendant does not plead on 8/2/05, case will go forward to trial on 9/6/05 at 9:00 am. Jury selection only set for 9/6/05 at 9:00 am, trial will be commence on Friday 9/9/05 at 9:00 am. (Court Reporter James Gibbons.) (Rynne, Michelle) (Entered: 07/15/2005) |
| 07/18/2005 | 32 | Judge Douglas P. Woodlock : ORDER entered. PRETRIAL ORDER as to Aaron Eric Bailey Time excluded from 7/15/05 until 9/6/05. Change of Plea set for 8/2/05 at 11:00 am. Jury Selection set for 9/6/2005 09:00 AM in Courtroom 1 before Judge Douglas P. Woodlock. Jury Trial set for 9/9/2005 09:00 AM in Courtroom 1 before Judge Douglas P. Woodlock. Pretrial Conference set for 8/29/2005 03:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. Pretrial filings due 8/25/05. (Rynne, Michelle) (Entered: 07/18/2005) |

| | | |
|---|---|---|
| 08/02/2005 | | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock :Change of Plea Hearing as to Aaron Eric Bailey held on 8/2/2005, Defendant sworn; court conducts colloquy; Plea entered by Aaron Eric Bailey (1) Guilty Count 1. Sentencing set for 9/23/05 at 3:30 pm. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 08/02/2005) |
| 08/02/2005 | | NOTICE OF HEARING as to Aaron Eric Bailey: Sentencing set for 9/23/2005 03:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. Jury Trial previously set for 9/6/05 is canceled. (Rynne, Michelle) (Entered: 08/02/2005) |
| 08/12/2005 | 33 | Letter (non-motion) regarding his life as to Aaron Eric Bailey (Nici, Richard) (Entered: 08/12/2005) |
| 09/07/2005 | 34 | Letter (non-motion) regarding Isabel Bailey's relationship as to Aaron Eric Bailey (Nici, Richard) (Entered: 09/07/2005) |
| 09/19/2005 | 35 | SENTENCING MEMORANDUM by Aaron Eric Bailey (Attachments: # 1 Exhibit Exhibit 1 (Affidavit))(Fernandez, Francisco) (Entered: 09/19/2005) |
| 09/23/2005 | | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock :Sentencing held on 9/23/2005 for Aaron Eric Bailey (1), Count(s) 1, Defendant sentenced to 52 months incarceration with credit for time served from 6/15/04 to 9/23/05; 3 years supervised release with standard and special conditions; $100 special assessment. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 09/26/2005) |
| 09/23/2005 | 36 | Judge Douglas P. Woodlock : ORDER entered. STATEMENT OF REASONS as to Aaron Eric Bailey (Nici, Richard) (Entered: 09/27/2005) |
| 09/23/2005 | 37 | Judge Douglas P. Woodlock : ORDER entered. JUDGMENT as to Aaron Eric Bailey (1), Count(s) 1, Defendant sentenced to 52 months incarceration with credit for time served from 6/15/04 to 9/23/05; 3 years supervised release with standard and special conditions; $100 special assessment. (Nici, Richard) (Entered: 09/27/2005) |
| 09/29/2005 | 38 | MOTION to Correct *Sentence* as to Aaron Eric Bailey. (Attachments: # 1 Exhibit Drug Program Manual)(Fernandez, Francisco) (Entered: 09/29/2005) |
| 10/01/2005 | 39 | NOTICE OF APPEAL by Aaron Eric Bailey Filing fee $ 255. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 10/21/2005. (Fernandez, Francisco) Additional attachment(s) added on 10/6/2005 (Nici, Richard). (Entered: 10/01/2005) |
| 10/03/2005 | 40 | Letter (non-motion) regarding status of Aaron Bailey as to Aaron Eric Bailey (Nici, Richard). Letter unscannable. (Entered: 10/03/2005) |

| | | |
|---|---|---|
| 10/06/2005 | ● | Notice of correction to docket made by Court staff. Correction: docket entry #39 corrected because: the document did not contain the electronic signature as to Aaron Eric Bailey (Nici, Richard). (Entered: 10/06/2005) |