2/16/06

Dear Judge Woodlock,

2006 FEB 21 P 2:14
FILED IN CLERK'S OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

I wrote, And My wife wrote before about my situation. I recieved A Appeal paper about A week ago and responded back to it from A Margaret Carter. Also it is stating that it is ▬▬▬▬ reminding Mr Fernandez of his Responsibility to the Court and his Client. A few situations have Come Up since I've been left the Courtroom that has pushed My Date back ▬▬ further and further At Court the Day You sentenced me You sentenced me to 36 months but At the End the D.A. Paul Moore stood Up and said that it wouldnt be A Appropiate sentence because I have to have 36 months left on My sentence to Enter the 500-hr Drug Program I have found out here and My lawyer has found out that it isnt true at all I dont recieve nothing from the drug-Program but I still involved myself in it And school to better myself so from the original sentence You gave me which was 36 months it shot Up to 52 months the court granted a remand which made the sentence go to 40 months still 4 months over the original sentence You gave to me, At the time in September "05" You sentenced me I had 16 months in You gave me and granted me On My Judgement of Commitment from the Day I got incarcerated on in this case which was 6/15/04 Until this very Date And since I came to this prison they havent given me the Correct time on My Judgement of Commitment they starting My time from 8/31/04 2 months and some change later in all rationality from the 36 months it started at it pushed back about