*Judge Woodlock*
*USDC MA*
*04-10257*

# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-2594

UNITED STATES,

Appellee,

v.

AARON ERIC BAILEY,

Defendant, Appellant.

Before

Boudin, *Chief Judge*,
Campbell, *Senior Circuit Judge*,
and Lynch, *Circuit Judge*.

JUDGMENT

Entered: March 9, 2007

Pending before the court is counsel's motion to withdraw and accompanying brief pursuant to Anders v. California, 386 U.S. 738 (1967). After careful review of counsel's brief and the underlying record, we conclude that there are no non-frivolous issues for appeal.

Counsel's motion to withdraw is granted and the judgment below is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 4/3/07

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: _____
       Chief Deputy Clerk.

[cc: Aaron Eric Bailey, Paul Moore, AUSA, Dina Chaitowitz, AUSA, Alan Campbell, Esq.]